ELAINE T. BYSZEWSKI (SBN 222304)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
elaine@hbsslaw.com

M. CRIS ARMENTA (SBN 177403)
CREDENCE E. SOL (SBN 219784)
THE ARMENTA LAW FIRM, APC
1230 Rosecrans Ave, Suite 300
Manhattan Beach, CA 90266
Telephone: (310) 826-2826 Ext. 108
Facsimile: (310) 695-2560
*cris@crisarmenta.com*
*credence.sol@orange.fr*

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE 1, individually and on behalf of all others similarly situated.<br><br>Plaintiff,<br><br>v.<br><br>THE WEINSTEIN COMPANY HOLDINGS, LLC, MIRAMAX, LLC, HARVEY WEINSTEIN, and JOHN DOES 1-50, inclusive,<br><br>Defendants. | No. 2:17-cv-08323<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

1     Notice of Dismissal Without Prejudice, Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiff in the above-entitled action hereby dismisses this action without prejudice. The Defendants have not yet been served, and Defendants have not filed an answer nor have they filed any motions. Upon further review of the matter, it appears that most of the defendants to this action, and in an expanded action filed in the Southern District of New York, are residents of New York, many of the events related to the RICO enterprise emanated and were directed from New York, and the case is more properly venued in that District.

Dated: December 7, 2017     THE ARMENTA LAW FIRM, APC

    By: */s/ M. Cris Armenta*
    M. Cris Armenta
    Credence E. Sol
    1230 Rosecrans Ave, Suite 300
    Manhattan Beach, CA 90266
    Telephone: (310) 826-2826 Ext. 108
    cris@crisarmenta.com
    credence.sol@orange.fr

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT A**

- 1 -

010717-11 997794 V1